IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JASON LEWIS PUCKETT,

      Appellant,

v.

      Case No.  5D22-1717
      LT Case No. 2021-102576-CFDL

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed April 11, 2023

Appeal from the Circuit Court
for Volusia County,
Dawn D. Nichols, Judge.

Matthew J. Metz, Public Defender,
and Darnelle Paige Lawshe,
Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown
Hartless, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., HARRIS and KILBANE, JJ., concur.